

FILED
John E. Triplett, Acting Clerk
United States District Court
By MGarcia at 3:59 pm, Jun 26, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| JOSE JULIAN ORTIZ-MARTINEZ, | * |
| Petitioner, | * |
| | * CIVIL ACTION NO.: 5:20-cv-18 |
| v. | * |
| TRACY JOHNS, | * |
| Respondent. | * |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 13. Petitioner Jose Ortiz-Martinez ("Ortiz-Martinez") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Ortiz-Martinez's 28 U.S.C. § 2241 Petition for failure to follow this Court Orders, and **DENIES as moot** Respondent's Motion to Dismiss. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate

judgment of dismissal and **DENIES** Ortiz-Martinez *in forma pauperis* status on appeal.

**SO ORDERED**, this ___24___ day of ___June___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)